UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 14bk42593 |
| Kee Hak Hwang | ) | |
| Kyunghee Park, | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge Timothy A. Barnes |

## FINAL SCHEDULING ORDER GOVERNING
### DEBTOR S' MOTION TO REDEEM

*The following provisions will govern the future course of this proceeding (i.e., the Debtor's Motion to Redeem). Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Each party is hereby ordered to provide the following information to all other parties and to the court on or before <u>August 5, 2015</u>:

1. A brief statement of the theory of each claim or each defense;
2. A statement of stipulated facts in numbered paragraphs;
3. Each party's list of witnesses with any objections noted, stating grounds;
4. Each party's list of exhibits it plans to offer with objections noted, stating grounds; and
5. Copies of all exhibits to be used at the evidentiary hearing.

As for the submissions to the court, parties shall provide the court with **two** copies of all of the above in paper format as well as in electronic format. For the paper format submissions, all of the above shall be a separate tab in a binder with each exhibit pre-marked, e.g., "Debtor's Exhibit 1." For the electronic format, the party must submit the exhibits to the court on a CD-ROM or thumb drive, in pdf format, with each exhibit as a separate document, and with bookmarks for major divisions and for any attachments to the exhibit. **Two** copies of each CD-ROM or thumb drive must be submitted, and each shall be labeled with the name of the case and the party on whose behalf it is submitted.

<u>An evidentiary hearing is set for August 12, 2015, at 1:30 PM in Courtroom 613 Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois.</u>

Dated: JUL 21 2015

ENTER:

_____
Judge Timothy A. Barnes